IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAGLEBY CONSTRUCTION SUN VALLEY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SP HOTEL OWNER, LLC; LONE MOUNTAIN LAND COMPANY, LLC; HART HOWERTON PLANNING, ARCHITECTURE & LANDSCAPE ARCHITECTURE, P.C.; THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND; FEDERAL INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1-50, <br><br> Defendant. | CV 22–58–BU–DLC <br><br><br> ORDER |

Before the Court are Plaintiff's motions for the admission of attorney Chase B. Ames and Stevan R. Baxter of Skoubye Nielson & Johansen, LLC, *pro hac vice* in the above-captioned matter.  (Docs. 4, 6.)  It appears Sean Morris of Worden Thane, P.C., intends to act as local counsel.  (Doc. 4 at 2; Doc. 6 at 2.)  Both Mr. Ames's application (Doc. 4-1) and Mr. Baxter's application (Doc. 6-1) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

1

Accordingly, IT IS ORDERED that the motions (Docs. 4, 6) are GRANTED on the condition that Mr. Ames and Mr. Baxter do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Ames and Mr. Baxter shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ames and Mr. Baxter file separate pleadings acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 6th day of October, 2022.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court