IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAGLEBY CONSTRUCTION SUN VALLEY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SP HOTEL OWNER LLC; LONE MOUNTAIN LAND COMPANY LLC; HART HOWERTON PLANNING, ARCHITECTURE & LANDSCAPE ARCHITECTURE, P.C.; THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND; FEDERAL INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1-50,<br><br>　　　　Defendants. | CV 22–58–BU–DLC<br><br><br>ORDER |

　　　Before the Court is Plaintiff's motion for the admission of attorney Stephen M. Bigham of Skoubye Nielson & Johansen, LLC, *pro hac vice*, in the above-captioned matter. (Doc. 37.) It appears that Sean Morris of Worden Thane P.C. will serve as local counsel in this matter. (*Id.* at 2.) Bigham's application (Doc. 37-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. CV 83.1(d) (March 1, 2022).

Accordingly, IT IS ORDERED that the motion (Doc. 37) is GRANTED on the condition that Mr. Bigham does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Bigham shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Bigham files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 25th day of April, 2023.

_____
Dana L. Christensen, District Judge
United States District Court