Sean Morris
WILLIAMS LAW FIRM, P.C.
235 E. Pine St.
Missoula, Montana 59807
Telephone: (406) 721-4350
Facsimile: (406) 721-6037
sean@wmslaw.com

Stevan R. Baxter (pro hac vice)
Stephen M. Bigham (pro hac vice)
SKOUBYE NIELSON & JOHANSEN, LLC
999 E. Murray Holladay Rd., Ste. 200
Salt Lake City, Utah 84117
(801) 365-1030
stevan@snjlegal.com
stephen@snjlegal.com

Caroline Anais Olsen*
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, Utah 84111
(801) 924-0200
colsen@zbappeals.com

*Pro hac vice application pending

*Attorneys for Plaintiff Magleby Construction Sun Valley, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| MAGLEBY CONSTRUCTION SUN VALLEY, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>SP HOTEL OWNER LLC; LONE MOUNTAIN LAND COMPANY LLC; HART HOWERTON PLANNING, ARCHITECTURE & LANDSCAPE ARCHITECTURE, P.C.; THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND; FEDERAL INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1-50,<br><br>     Defendants. | Case No. 2:22-cv-00058<br><br>**PLAINTIFF'S MOTION FOR FINAL JUDGMENT UNDER RULE 54(B) OR, IN THE ALTERNATIVE, FOR CERTIFICATION UNDER 28 U.S.C. § 1292(B)**<br><br>[HEARING REQUESTED] |

For the reasons described in the concurrent brief, Plaintiff Magleby Construction Sun Valley LLC respectfully moves the Court for an order directing entry of final judgment under Federal Rule of Civil Procedure 54(b) as to Magleby's first, second, and fourth claims for relief. In the alternative (or in addition), Magleby respectfully moves for the Court to certify its claims pursuant to 28 U.S.C. § 1292(b).

Counsel for Plaintiff has consulted with counsel for defendants in advance of this filing. *See* Local Rule 7.1(c)(1). Defendants oppose the motion.

DATED this 25th day of September, 2023.

By:  /s/ Stevan R. Baxter
     Stevan R. Baxter
     Stephen M. Bigham
     *Attorneys for Plaintiff*

By:  /s/ Sean Morris
     Sean Morris
     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, a copy of the foregoing document was served on all counsel of record via this Court's CM/ECF system. No parties are pro se or require service via mailing.

                                     By: /s/ Stevan R. Baxter
                                             Stevan R. Baxter
                                             Stephen M. Bigham
                                             *Attorneys for Plaintiff*

                                     By: /s/ Sean Morris
                                             Sean Morris
                                             *Attorneys for Plaintiff*