IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAGLEBY CONSTRUCTION SUN VALLEY, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>SP HOTEL OWNER LLC; LONE MOUNTAIN LAND COMPANY LLC; HART HOWERTON PLANNING, ARCHITECTURE & LANDSCAPE ARCHITECTURE, P.C.; THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND; FEDERAL INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1-50,<br><br>     Defendants. | CV 22–58–BU–DLC<br><br><br>ORDER |

Before the Court is Plaintiff's motion for the admission of attorney Caroline Anais Olsen of Zimmerman Booher, *pro hac vice*, in the above-captioned matter. (Doc. 48.)  It appears that Sean Morris of Worden Thane P.C. will serve as local counsel in this matter.  (*Id.* at 2.)  Olsen's application (Doc. 49-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*.  D. Mont. L.R. CV 83.1(d) (March 1, 2022).

Accordingly, IT IS ORDERED that the motion (Doc. 48) is GRANTED on the condition that Ms. Olsen does her own work.  This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally.  Ms. Olsen shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Olsen files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 28th day of September, 2023.

_____
Dana L. Christensen, District Judge
United States District Court