IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAGLEBY CONSTRUCTION SUN VALLEY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SP HOTEL OWNER, LLC, LONE MOUNTAIN LAND COMPANY LLC; HART HOWERTON PLANNING, ARCHITECTURE & LANDSCAPE ARCHITECTURE, P.C., THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND; FEDERAL INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1-50<br><br>Defendants. | CV 22–58–BU–DLC<br><br><br>ORDER |

Before the Court is the parties' Joint Motion to Stay. (Doc. 57.) The parties move the Court to stay these proceedings and, in particular, the Plaintiff's pending motion (Doc. 50) for 30 days while the parties engage in settlement discussions. (Doc. 57 at 2.) In the event the parties do not move to dismiss this case with prejudice as the result of successful settlement efforts within that 30-day period, they propose to file a status report with the Court at the conclusion of the 30-day period. (*Id.*)

Accordingly, IT IS ORDERED that the joint motion (Doc. 57) is GRANTED.

IT IS FURTHER ORDERED that these proceedings are stayed for 30 days from the date of this ORDER, including Defendants' obligation to respond to Plaintiff's pending motion (Doc. 50).

IT IS FURTHER ORDERED that, in the even the parties have not moved to dismiss this case within such 30-day period, they shall file a joint status report with the Court advising it whether they need more time for settlement discussions or the briefing on Plaintiff's pending motion (Doc. 50) should resume.

DATED this 16th day of October, 2023.

_____
Dana L. Christensen, District Judge
United States District Court