IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAGLEBY CONSTRUCTION SUN VALLEY, LLC, | CV 22–58–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SP HOTEL OWNER, LLC, LONE MOUNTAIN LAND COMPANY LLC; HART HOWERTON PLANNING, ARCHITECTURE & LANDSCAPE ARCHITECTURE, P.C., THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND; FEDERAL INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1-50, | |
| Defendants. | |

Before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice. (Doc. 59.)  Plaintiff moves to dismiss the above-captioned matter, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own respective fees and costs.  (*Id.*)  Defendants do not oppose the motion.  (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 59) is GRANTED, and the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 2nd day of November, 2023.

Dana L. Christensen, District Judge
United States District Court